# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-02621-JMC-7 |
| Christopher Shane Carpenter | |
| Amanda Lynn Carpenter | Chapter 7 |
| *aka* Amanda Dean | |
| Debtor(s). | Judge James M. Carr |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of Home Point Financial Corporation, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on April 25, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

Mark S. Zuckerberg, Debtors' Counsel
filings@mszlaw.com

George K. Silver, Trustee
trusteegksilver@yahoo.com

Office of the U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on April 25, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Christopher Shane Carpenter, Debtor
    2 W. Bunkerhill Road
    Mooresville, IN 46158

    Amanda Lynn Carpenter, Debtor
    2 W. Bunkerhill Road
    Mooresville, IN 46158

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Attorney for Creditor